IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ACCESS POINT FINANCIAL, LLC,

Plaintiff,

v.

HILLSBORO HOTEL HOLDINGS GROUP, LLC, *et al.*,

Defendants.

CIVIL ACTION NO.
1:26-cv-03721-TRJ

**ORDER**

On August 25, 2026, the parties filed a proposed consent order seeking a stay of this action. (Doc. 7). The parties indicate that they have entered a written settlement agreement and request that this action be stayed for three months "to allow for an out of court resolution with regard to Plaintiff's claims." (*Id.* at 1). Accordingly, the Clerk is respectfully **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. The parties are **ORDERED** to file a joint status report by **November 25, 2026**, notifying the Court of the status of settlement negotiations.

SO ORDERED, this 27th day of August, 2026.

TIFFANY R. JOHNSON
United States District Judge